E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

VIOLATION: 8 U.S.C. Section 1326 - Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 yrs. maximum imprisonment; $250,000 fine; 3 yrs. supervised release; $100 special assessment

**DEFENDANT - U.S.**

▶ SECUNDINO MARTINEZ-SANDOVAL

DISTRICT COURT NUMBER

CR07-00322 DLJ

FILED MAY 24 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
Contra Costa Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DEBORAH R. DOUGLAS, AUSA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

**E-filing**

UNITED STATES OF AMERICA,

V.

SECUNDINO MARTINEZ-SANDOVAL,

CR07-0 322 DLJ

FILED
2007 MAY 24 PM 12: 26

DEFENDANT.

## INDICTMENT

VIOLATION: Title 8, United States Code, Section 1326 – Illegal Reentry Following Deportation

A true bill.

_____ Foreman

Filed in open court this 24th day of May 2007.

_____ Clerk

No bail warrant

Bail, $ _____

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
2007 MAY 24 PM 12: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR07-0 322 DLJ |
| Plaintiff, ) | |
| ) | VIOLATION: 8 U.S.C. § 1326 |
| v. ) | Illegal Reentry Following Deportation |
| ) | |
| SECUNDINO MARTINEZ-SANDOVAL, ) | |
| ) | |
| Defendant. ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

On or about March 18, 1998, February 12, 1999, January 31, 2000, August 24, 2000, and May 11, 2005, the defendant,

SECUNDINO MARTINEZ-SANDOVAL,

an alien, was denied admission, excluded, deported and removed from the United States; and thereafter, on or about May 2, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary of Homeland Security not having expressly

INDICTMENT

1  consented to a re-application by the defendant for admission into the United States, in violation of
2  Title 8, United States Code, Section 1326.
3
4  DATED: May 24, 2007                        A TRUE BILL.
5
6                                             /s/
7                                             FOREPERSON
8  SCOTT N. SCHOOLS
   United States Attorney
9
10 /s/
   W. DOUGLAS SPRAGUE
11 Chief, Oakland Branch
12
13 (Approved as to form: _____ )
                         AUSA Deborah R. Douglas
14

INDICTMENT                                2