| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Sheilah Cahill | | REPORTER/TAPE NO.<br>FTR 6/27/07 10:03:37-10:08:00 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>WAYNE D. BRAZIL | DATE<br>June 27, 2007 | □ NEW CASE | CASE NUMBER<br>CR-07-00322 DLJ | |

**APPEARANCES**

| DEFENDANT<br>Secundino Martinez-Sandoval | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | ☒ PD.<br>□ APPT.<br>□ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Deborah Douglas | INTERPRETER<br>Monique Inciarte (Spanish) | | | FIN. AFFIDAVIT SUBMITTED □<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL □<br>COUNSEL APPOINTED □<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED □ | |
| PROBATION OFFICER<br>Chris Taylor | PRETRIAL SERVICES OFFICER | | | | |

FILED JUN 27 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**PROCEEDINGS SCHEDULED TO OCCUR**

| □ INITIAL APPEARANCE | □ PRELIMINARY HEARING | □ MOTION | | ☒ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | □ OR ARRAIGNMENT | □ BOND POSTING/ SIGNING | □ IA ON PETITION TO REVOKE PROB. | □ TRIAL |
| □ DETENTION HEARING | □ REMOVAL HEARING | □ CHANGE OF PLEA | □ PROB. REVOC. OR SUPV. REL. HRG. | □ OTHER |

**INITIAL APPEARANCE**

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| □ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE STATED | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY<br>$ | AMOUNT RECEIVED<br>$ | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                                   REAL PROPERTY:
□ CASH $                □ CORPORATE SECURITY            □

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT ORDERED | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                                OTHER:

**PLEA**

| □ CONSENT ENTERED | □ NOT GUILTY | □ GUILTY | □ GUILTY TO COUNTS: |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | □ OTHER: |

**CONTINUANCE**

| TO: 7/13/07 | □ I.D. COUNSEL | □ BOND POSTING/ SIGNING | □ STATUS RE: CONSENT | □ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:00 A.M. | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGNMENT | □ PLEA | □ BOND HEARING |
| BEFORE HON.<br>DLJ | □ DETENTION HEARING | | □ TO HEAR MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | | □ IDENTITY/REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | □ TRIAL SETTING | □ COURT TRIAL | ☒ STATUS |

**ADDITIONAL PROCEEDINGS**

Defendant also has supervised release violation in CR-02-40227 SBA, but it has not been related at this point, and was continued to 7/10/07 at 9:00 a.m. before SBA. Government has provided defense counsel with a plea agreement for both cases; defense counsel needs time to go over the plea agreement with the defendant.