UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:   JULY 13, 2007

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                              **No.**  CR-07-00322-DLJ

**Defendant:**    SECUNDINO MARTINEZ-SANDOVAL [present; in custody]

**Appearances for AUSA:**  Deborah Douglas

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** Monique Inciarte (not needed today)

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                                        -HELD

**Notes:**

**Case Continued to:  8/17/07 AT 9:00AM      for   STATUS**

**Case Continued to:**        for

**Case Continued to:**        for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                for Pretrial Conference
**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:  7/13/07    Ends:**  8/17/07