UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:   August 17, 2007

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                                                     **No.**  CR-07-00322-DLJ

**Defendant:** SECUNDINO MARTINEZ-SANDOVAL[present; in custody;spanish intepreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u>Monique Inciarte</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                                              -HELD

**Notes:**

**Case Continued to:**    9/14/07 AT 9:00AM       for    CHANGE OF PLEA

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                              **for Pretrial Conference**
**Case Continued to**          **for**             **Trial**

**Excludable Delay: Category: Begins:**   8/17/07     **Ends:**  9/14/07

Case 4:07-cr-00322-DLJ    Document 5    Filed 08/17/2007    Page 2 of 2