1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant U.S. Attorney

5
   1301 Clay Street (Suite 340S)
6  Oakland, CA, 94612
   Telephone: (510) 637-3680
7  Telefax: (510) 637-3724

8  Attorneys for Plaintiff

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,          )
13                                     )
              Plaintiff,               )    No. CR02-40227-01 SBA
14                                     )    [Filed May 1, 2007]
       v.                              )
15                                     )
16 SECUNDINO MARTINEZ-SANDOVAL,        )
                                       )
17                                     )
              Defendant.               )
18                                     )
   _____)
19 UNITED STATES OF AMERICA,           )
                                       )
20            Plaintiff,               )    No. CR07-00322 DLJ
                                       )    [Filed May 24, 2007]
21     v.                              )
                                       )    NOTICE OF RELATED CASE
22 SECUNDINO MARTINEZ-SANDOVAL,        )    IN A CRIMINAL ACTION
                                       )
23            Defendant.               )    (Oakland Venue)
                                       )
   _____)
24

25

26        The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

27 that the two above-captioned criminal cases are related.

28        1.    On May 1, 2007, the Office of Probation filed a supervised release violation petition

   charging three allegations under docket no. CR02-40227-01 SBA (1) Possession of

1   Methamphetamine; (2) violation of general condition that defendant shall not commit another

2   federal, state or local crime, including Illegal Reentry Following Deportation, in violation of 8

3   U.S.C. § 1326; (3) violation of special condition that defendant shall not enter the United States

4   without the express consent of the United States Attorney General (see Exhibit A).

5      2.   On May 24, 2007, a federal grand jury returned an indictment charging defendant with

6   a violation of 8 U.S.C. § 1326, under docket no. CR07-00322 DLJ (see Exhibit B).

7      3.   Two of the three allegations in the supervised release violation petition involve the same

8   underlying offense charged in the indictment, i.e., defendant illegally reentered the United States

9   following deportation.

10     4.  In a plea agreement, the parties have agreed to a global resolution of the supervised release

11  violation petition under CR02-40227-01 SBA (next court proceeding scheduled on September 4,

12  2007) and the Indictment under docket no. CR07-00322 DLJ (next court proceeding scheduled on

13  September 14, 2007).

14     5.  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)

15  because they involve the same occurrence. Per the requirement of Local Criminal Rule 8-1(c)(4),

16  government counsel states that assignment of these cases to a single judge is likely to conserve

17  judicial resources and promote an efficient determination of each action.

18

19  Date:   August 27, 2007                     Respectfully submitted,

20                                              SCOTT N. SCHOOLS
21                                              United States Attorney

22

23                                              DEBORAH R. DOUGLAS
24                                              Assistant U.S. Attorney

    cc: Joyce Leavitt, Esq.
25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

### NOTICE OF RELATED CASE IN A CRIMINAL ACTION

Pertaining to the following matter:

### UNITED STATES OF AMERICA v. SECUNDO MARTINEZ-SANDOVAL
### CR-02-40227 SBA
### CR-07-00322 DLJ

to be served this date upon the party(ies) as follows:

__X__    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in  the designated area for outgoing U.S. mail in accordance with this office's practice.

_____    **PERSONAL SERVICE (BY HAND DELIVERY)**

_____    **FACSIMILE (FAX)  Telephone No.:**

_____    **FEDERAL EXPRESS**

to the parties addressed as follows:

**Joyce Levitt, AFPD**
**Federal Public Defender's Office**
**555 -12th Street, Suite 650**
**Oakland, CA 94607**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 27, 2007 at Oakland, California.

**Luz Maria Reveles**
**Legal Assistant**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

**Supervised Release Violation Petition**
**Docket No. CR02-40227-1 SBA**
**[Filed on May 1, 2007]**

# UNITED STATES DISTRICT COURT FILED

for

## NORTHERN DISTRICT OF CALIFORNIA

Oakland Venue

MAY 0 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### Petition for Arrest Warrant for Offender Under Supervision

---

Name of Offender:  Secundino Martinez-Sandoval          Docket No.:  CR-02-40227-01 SBA

Name of Sentencing Judge:    Saundra Brown Armstrong
                             United States District Judge U.S. Probation Officer are directed to serve

                             this order upon all other parties in this action.

Date of Original Sentence:    September 30, 2003

Original Offense:
Count One: Illegal Reentry Following Deportation, 8 U.S.C. § 1326, a Class C felony

Original Sentence: thirty-four (34) months custody, three (3) years supervised release
Special Conditions: special assessment $100.00; drug/alcohol treatment; comply and cooperate with
Immigration and Naturalization Service; search; not illegally re-enter the United States; random
urinalysis testing

Type of Supervision: Supervised Release          Date Supervision Commenced: May 10, 2005
Assistant U.S. Attorney: Deborah R. Douglas      Defense Counsel: Joyce Leavitt (AFPD)

---

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Alan K. Ahlstrand, a Probation Officer employed in the United States District Court for the
Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best
of my information and belief, the facts set forth in this affidavit are true and correct. The factual
affirmations made below are based on my personal knowledge, on official records or documents
generated and maintained by my agency in the course of performing its functions, on official records
or documents generated and maintained by other government agents or agencies in the course of
performing their functions, or on information provided to me orally or electronically by employees
or agents of other public agencies (information developed or acquired in the course of performing
official agency functions).

Document No.
201
District Court
Criminal Case Processing

Secundino Martinez-Sandoval                                                Page 2
CR-02-40227-01 SBA


| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the general condition of supervised release, which states that he shall not commit another federal, state or local crime. |

On March 23, 2007, Contra Costa County deputies observed a vehicle driving in Bay Point, California without a license plate lamp. After conducting a traffic stop, deputies contacted the offender, Secundino Martinez. When the offender handed the deputy his wallet, a plastic bag containing suspected methamphetamine was found and he was subsequently arrested for the possession of dangerous drugs, in violation of California Health and Safety Code § 11379 . The drugs seized were tested and confirmed to be 0.24 grams of methamphetamine.

The above incident is evidenced by Contra Costa County Sheriff's Department report 07-7613, and the Contra Costa County Sheriff's Office Forensic Services Division Laboratory Examination report 07-4058-1.

| Two | There is probable cause to believe that the ofender violated the general condition of supervised release, which states that he shall not commit another federal, state or local crime. |
|---|---|

According to Immigration and Customs, the offender was deported to Mexico on May 11, 2005.

On March 23, 2007, Contra Costa County deputies observed a vehicle in the area of Bay Point, California without a license plate lamp. After conducting a traffic stop, deputies contacted the offender, Secundino Martinez. The officer found that the offender was in possession of methamphetamine and that he had outstanding warrant in Contra Costa County. Given the offender's arrest in Bay Point, California it is clear that the offender re-entered the United States in violation of 8 U.S.C. 1326(b)(2), Illegal Re-Entry after Deportation.

The offender's re-entry into the United States is evidenced by Contra Costa County Sheriff's Department report 07-7613, reflecting the date and location of the offender's arrest.

Secundino Martinez-Sandoval                                                           Page 3
CR-02-40227-01 SBA

Three                    There is probable cause to believe that the offender violated special condition
                         number four in that on or about March 23, 2007, the offender entered the
                         United States without the express consent of the United States Attorney
                         General.

                              According to Immigration and Customs, the offender was deported
                              to Mexico on May 11, 2005.

                              On March 23, 2007, Contra Costa County deputies observed a vehicle
                              in the area of Bay Point, California without a license plate lamp.
                              After conducting a traffic stop, deputies contacted the offender,
                              Secundino Martinez. The officer found that the offender was in
                              possession of methamphetamine and that he had outstanding warrant
                              in Contra Costa County. Given the offender's arrest in Bay Point,
                              California it is clear that the offender re-entered the United States.
                              Following his re-entry, the offender failed to report to the nearest
                              probation office within 72 hours.

                              The offender's re-entry into the United States is evidenced by Contra
                              Costa County Sheriff's Department report 07-7613, reflecting the date
                              and location of the offender's arrest.

Address of offender:          Sandoval Secundino-Martinez
                              Contra Costa County Jail
                              Martinez, California

Based on the foregoing, there is probable cause to believe that Secundino Martinez-Sandoval
violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for
his arrest.

Secundino Martinez-Sandoval                                                          Page 4
CR-02-40227-01 SBA

Respectfully submitted,

Alan K. Ahlstrand
U.S. Probation Officer
Date Signed:  April 25, 2007

Approved as to form:

Amy Rizor
Supervisory U.S. Probation Officer

Having considered the information set forth above, the court finds there is probable cause to believe
there has been a violation of the conditions of supervision and orders:

☒  The issuance of a no bail warrant.
☐  Other:

4-30-07
Date

Saundra Brown Armstrong
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

**Indictment**
**Docket No. CR07-00322 DLJ**
**[Filed on May 24, 2007]**

1 | SCOTT N. SCHOOLS (SCBN 9990)
2 | United States Attorney

FILED

2007 MAY 24  PM 12: 26

RICHA~ ~ ... KING
CLERK, U.~ ... COURT
NORTHERN ... CALIFORNIA

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: CR07-0 322 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | VIOLATION: 8 U.S.C. § 1326 |
| | ) | Illegal Reentry Following Deportation |
| SECUNDINO MARTINEZ-SANDOVAL, | ) | |
| Defendant. | ) | OAKLAND VENUE |
| | ) | |

## INDICTMENT

The Grand Jury charges:

On or about March 18, 1998, February 12, 1999, January 31, 2000, August 24, 2000, and May 11, 2005, the defendant,

SECUNDINO MARTINEZ-SANDOVAL,

an alien, was denied admission, excluded, deported and removed from the United States; and thereafter, on or about May 2, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary of Homeland Security not having expressly

INDICTMENT

1  consented to a re-application by the defendant for admission into the United States, in violation of

2  Title 8, United States Code, Section 1326.

3

4  DATED: May 24, 2007                     A TRUE BILL.

5

6                                          FOREPERSON

7

8  SCOTT N. SCHOOLS
   United States Attorney
9

10 W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
11

12

13 (Approved as to form: _____ )
                    AUSA Deborah R. Douglas
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                          2