**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

September 4, 2007

Honorable Magistrate Wayne D. Brazil
United States District Court Judge
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
**attn: Ivy Garcia**

> **United States v. Martinez-Sandoval  CR 02-40227 SBA; CR 07-00322 DLJ**
> **RE: Request to Calendar case on 9/5/07 for client to request new counsel**

Dear Judge Brazil:

I am writing to request that the case be set before Your Honor on Wednesday, September 5, 2007, at 10:00 a.m. for client to request that Your Honor appoint him new counsel.  When I spoke with Mr. Martinez-Sandoval today, he indicated that he is dissatisfied with my representation and would like a new attorney.

Because there are two cases pending before different judges, I thought it would make the most sense to set the matter before Your Honor to decide whether or not Mr. Martinez-Sandoval should be appointed a new attorney.  In the new criminal case, Mr. Martinez-Sandoval is charged with a violation of 8 U.S.C. §1326 - illegal re-entry after deportation.  This is the basis for the supervised release violation as well.   The supervised release violation hearing is before Judge Saundra Armstrong and the case is set for Tuesday, September 18, 2007 for supervised release violation hearing and disposition.  The new criminal case is pending before Judge D. Lowell Jensen and is currently set for September 14, 2007 at 9:00 a.m. for change of plea or status.

I have left a message for AUSA Deborah Douglas and she is aware that I am requesting that the matter be set for tomorrow at 10:00 a.m. before Your Honor.  Mr. Martinez-Sandoval requires a Spanish language interpreter.

Thank you.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
     /S/
JOYCE LEAVITT
Assistant Federal Public Defender

cc:     Deborah Douglas, AUSA