**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  9/14/07**

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                            **No.**  CR-07-00322-DLJ

**Defendant:** SECUNDINO MARTINEZ-SANDOVAL[present, in custody; spanish interpreter]

**Appearances for AUSA:**  Deborah Douglas

**Appearances for Defendant:**  Joyce Leavitt

**Interpreter:** <u> Ines Swaney</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                                               -HELD
(change of plea- NOT HELD)

**Notes:**  AFPD Joyce Leavitt will be allowed to withdraw from this case IF she is allowed to also withdraw in the pending SBA case re: this deft.

**Case Continued to:**  THURSDAY, 9/20/07 at 11:00AM    for  Status

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                              for Pretrial Conference

**Case Continued to**         for             Trial

**Excludable Delay: Category: Begins:**        **Ends:**