UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 9/20/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                    **No.** CR-07-00322-DLJ

**Defendant:** Secundino Martinez-Sandoval [present; in custody; spanish interpreter]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** Haydee Claus

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
Status re: counsel                 -HELD

AFPD Leavitt is relieved as counsel of record for the defendant. Matter placed on Mag. Judge Brazil's calendar for 9/24/07 at 10:00AM for Appointment of Counsel.

**Notes:** Copy to Ivy/WDB
Defendant does not need an interpreter for proceedings. If Defendant needs an interpreter at a future hearing, one will be scheduled.

**Case Continued to:**     10/12/07 at 9:00AM         for    Status

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**          for           Trial

**Excludable Delay: Category: Begins:** 9/20/07   **Ends:** 10/12/07
                               **Begins:** 9/14/07   **Ends:** 9/20/07