ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 07 – 00322 DLJ |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ID OF COUNSEL HEARING |
| vs. | |
| SECUNDINO MARTINEZ-SANDOVAL, | |
| Defendant | |

This Court currently has scheduled an ID of Counsel hearing for Monday, September 24, 2007 at 10:00 am in the above entitled case. Ismail Ramsey, undersigned counsel who has agreed to accept CJA panel appointment to this case, is unavailable for the Monday hearing due to a previously scheduled appointment in Los Angeles for work on a different case.

The parties hereby stipulate that this Court should continue the ID of counsel hearing to

STIPULATION AND [PROPOSED] ORDER
- 1 -

10:00 am on Tuesday, October 2, 2007.

Dated: September 21, 2007

Respectfully Submitted,

RAMSEY & EHRLICH LLP

_____
ISMAIL RAMSEY

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

_____
DEBORAH DOUGLAS
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:

_____
HON. WAYNE D. BRAZIL
US MAGISTRATE JUDGE