ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 07 – 00322 DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ID OF COUNSEL HEARING |
| vs. | |
| SECUNDINO MARTINEZ-SANDOVAL, | |
| Defendant | |

This Court currently has scheduled an ID of Counsel hearing for Monday, September 24, 2007 at 10:00 am in the above entitled case. Ismail Ramsey, undersigned counsel who has agreed to accept CJA panel appointment to this case, is unavailable for the Monday hearing due to a previously scheduled appointment in Los Angeles for work on a different case.

The parties hereby stipulate that this Court should continue the ID of counsel hearing to

1  10:00 am on Tuesday, October 2, 2007.

2  Dated: September 21, 2007                         Respectfully Submitted,

                                                    RAMSEY & EHRLICH LLP


                                                    //s//
                                                    ISMAIL RAMSEY



                                                    SCOTT N. SCHOOLS
                                                    UNITED STATES ATTORNEY


                                                    //s//
                                                    DEBORAH DOUGLAS
                                                    ASSISTANT US ATTORNEY



        GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.


Dated:



                                                    _____
                                                    HON. WAYNE D. BRAZIL
                                                    US MAGISTRATE JUDGE

1  ISMAIL RAMSEY (CA BAR #189820)
   RAMSEY & EHRLICH LLP
2  803 Hearst Avenue
   Berkeley, CA 94710
3  (510)548-3600
   (510)548-3601 (FAX)
4  izzy@ramsey-ehrlich.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: CR 07 – 00322 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) TO CONTINUE ID OF COUNSEL |
| SECUNDINO MARTINEZ-SANDOVAL, | ) HEARING |
| Defendant | ) |

This Court currently has scheduled an ID of Counsel hearing for Monday, September 24, 2007 at 10:00 am in the above entitled case. Ismail Ramsey, undersigned counsel who has agreed to accept CJA panel appointment to this case, is unavailable for the Monday hearing due to a previously scheduled appointment in Los Angeles for work on a different case.

The parties hereby stipulate that this Court should continue the ID of counsel hearing to

1 | 10:00 am on Tuesday, October 2, 2007.

2 | Dated: September 21, 2007

Respectfully Submitted,

RAMSEY & EHRLICH LLP

*/s/ Ismail Ramsey*

ISMAIL RAMSEY

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

*/s/ Deborah Douglas*

DEBORAH DOUGLAS
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated:

_____
HON. WAYNE D. BRAZIL
US MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
- 2 -