ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

**FILED**

SEP 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 02 40227 SBA<br>CR-07-00322-DLJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ID OF COUNSEL HEARING |
| vs. | |
| SECUNDINO MARTINEZ-SANDOVAL, | |
| Defendant | |

This Court currently has scheduled an ID of Counsel hearing for Monday, September 24, 2007 at 10:00 am in the above entitled case. Ismail Ramsey, undersigned counsel who has agreed to accept CJA panel appointment to this case, is unavailable for the Monday hearing due to a previously scheduled appointment in Los Angeles for work on a different case.

The parties hereby stipulate that this Court should continue the ID of counsel hearing to

*cc: WDB's stats, copy to parties via ECF Frances, Lisa; certified copies to Marshal*

STIPULATION AND [PROPOSED] ORDER
- 1 -

1 | 10:00 am on Tuesday, October 2, 2007.

2 | Dated: September 21, 2007

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

DEBORAH DOUGLAS
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: 9-21-07

HON. WAYNE D. BRAZIL
US MAGISTRATE JUDGE