UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 10/12/07

**Clerk:** Frances Stone
**Court Reporter:** STARR WILSON

**Plaintiff:** United States

v.                                                          **No.** CR-07-00322-DLJ

**Defendant:** SECUNDINO MARTINEZ-SANDOVAL [present; in custody]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ismail Ramsey
                               Felicia Gross

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**           **Ruling:**
STATUS                             -HELD

**Notes:**

**Case Continued to:** 11/2/07 AT 9:00AM    for   STATUS

**Case Continued to:**          for

**Case Continued to:**          for
**Motions to be filed by:**    **Opposition Due:**

**Case Continued to**                  for Pretrial Conference

**Case Continued to**       for        Trial

**Excludable Delay: Category: Begins:** 10/12/07    **Ends:** 11/2/07