UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  11/2/07

**Clerk:** Frances Stone
**Court Reporter:** STARR WILSON

**Plaintiff:**  United States

v.                                             **No.**  CR-07-00322-DLJ

**Defendant:** SECUNDINO MARTINEZ-SANDOVAL[present; in custody]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Ismail Ramsey

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

STATUS                             -HELD

**Notes:**

**Case Continued to:**  11/16/07 AT 9:00AM       for   STATUS

**Case Continued to:**       for

**Case Continued to:**       for
**Motions to be filed by:**    **Opposition Due:**

**Case Continued to**                for Pretrial Conference

**Case Continued to**        for          Trial

**Excludable Delay: Category: Begins:  11/2/07     Ends:**  11/16/07