1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4
   DEBORAH R. DOUGLAS (NYBN 2099372)
5  Assistant United States Attorney

6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
8  E-Mail: deborah.r.douglas@usdoj.gov

9  *Attorneys for the United States of America*

10 ISMAIL RAMSEY (BAR NO. 189820)
   izzy@ramsey-ehrlich.com
11 MILES EHRLICH (BAR NO. 237954)
   miles@ramsey-ehrlich.com
12 RAMSEY & EHRLICH LLP
   803 Hearst Avenue
13 Berkeley, CA 94710
   (510) 548-3600 (Tel)
14 (510) 291-3060 (Fax)

15
   *Attorneys for Defendant Secundino Martinez-*
16 *Sandoval*

17                **UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19                         **OAKLAND DIVISION**

20 | UNITED STATES OF AMERICA, | Case No.: CR07-00322 DLJ
21 |        Plaintiff, | CR02-40227 SBA
22 |     vs. | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**
23 | SECUNDINO MARTINEZ-SANDOVAL,
24 |        Defendant. | Judge D. Lowell Jensen
25 | | Date:  November 16, 2007
   | | Time:  9:00 a.m.
26 | | Dept:  Courtroom 1, 4th Floor

27

28

Defendant Secundino Martinez-Sandoval ("Martinez-Sandoval") and Plaintiff United States of America ("United States") through their respective counsel of record, hereby submit this stipulation to continue the plea hearing from Friday, November 16, 2007, until Friday, December 7, 2007 at 9:00 a.m. The parties are engaged in plea negotiations and need additional time to finalize agreed upon language for the plea agreement.

**THEREFORE, IT IS HEREBY STIPULATED** that, due to the need for additional time, by and between Defendant Martinez-Sandoval and Plaintiff United States, by and through their respective counsel of record:

The hearing set for Friday, November 16, 2007 is continued until Friday, December 7, 2007 at 9:00 a.m., or such other date and time as the Court may set.

DATED: November 15, 2007     RAMSEY & EHRLICH LLP

By: /s/ Ismail Ramsey
Miles Ehrlich
Ismail Ramsey

Attorneys for Defendant Secundino Martinez-Sandoval

DATED: November 15, 2007     SCOTT N. SCHOOLS
United States of America

By: /s/ Deborah R. Douglas
Assistant United States Attorney

Attorneys for United States of America

Case No. 07-CR-00322 (DLJ)
STIPULATION AND PROPOSED ORDER

1 **ORDER**

2 Pursuant to the foregoing STIPULATION of the parties:

3 The hearing set for Friday, November 16, 2007 is continued until Friday, December 7,
4 2007 at 9:00 a.m., or such other date and time as the Court may set.

5

6

7 DATED: November __, 2007     By: _____
                                     Hon. D. Lowell Jensen
8                                    Judge, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28