**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE D. LOWELL JENSEN**
**Date:  11/16/07**

**Clerk: Frances Stone**
**Court Reporter: STARR WILSON**

**Plaintiff:**  United States

**v.**                                                              **No.**  CR-07-00322-DLJ

**Defendant:** Secundino Martinez-Sandoval [present, in custody]

**Appearances for AUSA:** Deborah Douglas

**Appearances for Defendant:** Felicia Gross (for Ismail Ramsey)

**Interpreter:** <u> not needed</u>

**Probation Officer:**

**Reason for Hearing:**                    **Ruling:**
**STATUS**                                        **-HELD**

**Notes:**

**Case Continued to:  12/7/07 at 9:00AM          for    Change of Plea**

**Case Continued to:          for**
**Case Continued to:          for**
**Motions to be filed by:        Opposition Due:**

**Case Continued to                          for Pretrial Conference**

**Case Continued to          for               Trial**

**Excludable Delay: Category: Begins:  11/16/07     Ends:** 12/7/07