E-Filing Case

**FILED**

DEC 07 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number     CR-07-00322-01-DLJ
Defendant's Name     SECUNDINO MARTINEZ-SANDOVAL
Defendant's Counsel     Ismail Ramsey /Neuga Gross
Due Date     2/22/08 at 10An

    1 Courtroom     Floor 4th

~~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~~

**The Court has directed that a:**

    XX     Presentence Investigation
    _____ Bail Investigation
    _____ Bail Supervision
    _____ Postsentence Investigation
    _____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
   cc to Probation

RICHARD W. WIEKING, CLERK

by: _____Frances Stone_____
      Frances Stone , Deputy Clerk

Dated:   12/7/07

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?   Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____