9AM 10AM
YC
10:10 AM - 10:20 AM

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
DEC 07 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 12/7/07

Case No: CR-07-00322-DLJ

Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO

Clerk: Frances Stone

Defendant(s): SECUNDINO MARTINEZ-SANDOVAL   Present? Y   In Custody? Y

Defense Counsel: ISMAIL RAMSEY
* FELICIA GROSS

US Attorney: DEBORAH DOUGLAS

Reason for Hearing: CHANGE OF PLEA

Ruling: - HELD

GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED
AND ENTERED

Notes:

Case continued to: 2/22/08 AT 10AM for SENTENCING

CC: PROBATION