# Exhibit 1

To Whom It May Concern:                                September 22, 2003

I am writing this letter on behalf on Secundino Martinez. I married Mr. Martinez On April 10, 1982. I have two daughters from him Saundra (20) and Monique (11). I was not familiar with Immigration laws at the time, I was advised to go to the Church and an Amnesty Program for Mr. Martinez. We had moved at that time and he Had received information in the mail from the Immigration that we never received. He Should have been a citizen. He came here in 1978 and has been in this country for 28 years. His entire family is here Mother, brothers and sisters and his only two daughters.

It has been a hardship on me raising my two children by myself. I had filled out the paperwork with Social Security because of Mr. Martinez's accident that happen in the summer of 2002. He broke his neck, fractured his skull had an evulsion on his scalp. He lost his vision in his left eye and his hearing in his left ear. He has a lot of problems with his left ear. He was complaining about it and I took him to an Ear Specialist and they said that it is the damaged nerve. Secundino told me that the ringing is driving him crazy.

I don't know how he can survive in Mexico when his life is here. I feel somewhat Responsible for him not being a citizen, although I was only twenty years old at the Time we were married. Mr. Martinez was a good father and a provider before he got Into drugs and drinking. I was not aware of him doing drugs because I don't live that Type of life and I think it was towards the end of our marriage that he started doing Drugs. I wish I had the money to hire an Attorney for him. He will be losing his retirement and I don't know how he will survive there because I feel that he is somewhat Handicap now. He will not be able to do construction because of his injuries. He does not remember things and I spoke to his doctor and he told me that it is brain damage from him taking such a bad blow to his head. He was in a convertible car that rolled and it had the top down. The hospital said it was a miracle that he lived. I know in the eyes of the law his is just a criminal and he did commit a crime but I really think that he was not in the right state of mind and he will need medical care and someone to take care of him. How will he survive in a country without Medical Benefits? Mexico now is a foreign Country to him he left there when he was seventeen years old. I know that this entire Situation is difficult I would only hope that the courts would not look at him as another Illegal Alien but a Human Being that who in fact has broke the law but I think if you send Him back to Mexico it's like throwing him to the Wolf's he will never survive.

If you have any questions feel free to call me at 925-228-4323.
Thank you, Kim Martinez