# Exhibit 2

To The Attention of the Honorable D. Lowell Jensen

United States District Court of the Northern District of California

    My name is Kimberly Monique Martinez, I am Secundino Martinez's youngest daughter, I am sixteen years old and I have lived in Martinez, California my entire life. I am writing you this letter hoping it will help My Fathers case, and reduce his sentence. Secundino has lived in the United States since He was seventeen years old. My Father was in the wrong when he came back to the United States in November 2005. However, at the time His Mother, My Grandma passed away, and He came to attend her funeral, and be with His Family during this hard time. He was planning on going back to Mexico, until My Uncle was diagnosed with cancer. At this time, My Dad became his caregiver because My Uncle has never been married, or had any Children, so it became My Fathers responsibility.

    My Father was born in Mexico, but it is not His home, He has nothing in Mexico. His Daughters, Siblings, and the only Family he has left lives in California. My Dad has previously served 3 years in Jail; He had no part of My Life from Sixth Grade until freshmen year. This is why I am writing you this letter; I would love for My Dad to be there for me like My Father should be, an actual Dad, even if I have to stay in Mexico during the summer.

    Secundino Martinez is seen as an illegal immigrant in the eyes of the Law, but he is not, he is a Father, Brother, Uncle and much more. I appreciate you taking time to read my letter; I will be attending my Fathers court date on Friday the 22nd. I really hope my letter will benefit My Father.

Thank You,


Kimberly M. Martinez