# Exhibit 3

Case 4:07-cr-00322-DLJ   Document 26-4   Filed 02/19/2008   Page 1 of 10

February 13, 2007

Honorable D. Lowell Jensen
United State District Court For The Northern District of California

Dear Judge,

My name is Juanita Martinez Cruz, I am sister to Secundino Martinez who is scheduled to his sentencing hearing with you on Friday February 22, 2008. I just want to take a little of your time. My brother came to California when he was 17 years of age. He married and had two daughters. He formed a life here and dedicated his life to building a career in the construction field where he worked most of his life. My brother and his wife at the time for whatever reason never thought about him becoming a citizen. Unfortunately they divorced and my brother did make a lot of wrong decisions which unfortunately have changed his life, the life he knew and had built here at the place he felt was his country. All his sibling are citizens and live in the Contra Costa County, Norberto Martinez, myself and my recently deceased mother Magdalena Sandoval Martinez and brother Silvestre Martinez, Brother Jesus Martinez who resides in Chula Vista California, Alejo Martinez who resides in Fairbaugh California and sister Virginia Arellano who lives Sinaloa Mexico. Daughters Sondra and Monique Martinez also reside in Contra Costa County. Majority of us are U.S. citizens and have lived here most of our lives. Secundino for whatever reason never filed paperwork for residency/citizens. He was deported and lived in Mexico, my mother became very ill and passed away November 2005, at that point Secundino made the decision to come back to be at his mothers funeral and say final goodbye. Shortly after my brother Silvestre Martinez became very ill and was diagnosed with terminal cancer. Secundino became his caregiver and brought him to Doctor appointments and chemo therapy. Being the giving person that he has been, always there for the family, he felt that he needed to give his brother support being that Silvestre Martinez never married and had no kids to be there for him, we all supported Silvestre, but Secundino was at his side at all times. The doctors gave Silvestre six months to a year to live and Secundino felt that he could not even consider going back to Mexico at that moment. That is the reason Secundino stayed here knowing that he was breaking the law. Secundino was not able to be with Silvestre the last months of his life do to his encarceration nor was he able to attend his brothers funeral, Silvestre passed away December 14, 2007. It was very difficult for Secundino to bare all this, he has expressed to me how sorry he is for all the bad decisions he has made in his life and is very aware that he can not change the past which has changed his preset and future. He is very aware that the life he knew is no longer and must get back to Mexico and continue the life he had started out there. At this time judge I ask of you that you please take into consideration all I have mentioned when making your decision on his sentencing. I thank you for taking the time to read my letter. The following are nieces and nephews; Martha Martinez, Jose Cruz, Angelica Duenas, Maria Cruz, Gilbert Cruz, Patricia Barbosa, Cecilia Martinez, Norberto Jr Martinez, Maria Del Carmen Salazar, Marta Sandoval, Leonor Padilla, Juanita A. Martinez, Alejo Jr Martinez, Samara Martinez, Jose L Martinez, Jorge Martinez, Espiridion Martinez, Panfilo Martinez, Viviano Martinez,, M. Elisa Martinez, F. Javier Martinez, Macy Martinez, Angelica Duenas, Isabella Duenas, Isela Martinez, Antonio Martinez, Anisa Barbosa, Ariana Martinez, Antonio Norberto Martinez, Jose Jr Cruz, Andres Cruz, Yadira Cruz, Celestina Cruz, Verónica Cruz, Sandy Salazar, Raudel Salazar and many more.. Once again judge, I thank you for your time.

Respectfully,

Juanita M. Cruz

Juanita Martinez Cruz
42 Dolphin Drive
Pittsburg, California 94565

February 12, 2008

Honorable D. Lowell Jensen
United Status District Court
For The Northern District Of California

Dear Judge,

I am writing you this letter regarding my uncle Secundino Martinez-Sandoval. He is scheduled to appear before you on February 22, 2008 for his sentencing on violation of deportation. I want to take this time to request that his sentencing be reduced, he has been in prison awaiting for sometime now. When he was deported to Mexico back in 2003 he started his life out there in what was basically a new country to him, being that he resided in California since the age of 17 years of age where he married, had 2 daughters and started a career in the construction field where he became very successful. All his siblings with the exception of one all live here in California and majority are citizens, his mother also lived here. Unfortunately his marriage was not so successful and eventually divorced. Divorce was devastating to him and he made some bad decisions thereafter. While married for I don't know what reason he never requested residency/citizenship for this country. Once living in Mexico he received the news that his mother was very ill and passed away in November 2004. He made the decision to risk all and come back to this country to attend his mother's funeral and say final goodbyes. Shortly after his brother Silvestre Martinez was diagnosed with terminal cancer and was told he had 6 months to maybe a year of life left. At the moment my uncle Secundino chose to stay to care for my uncle Silvestre being that he never married nor had any children. Secundino became his caregiver and took him to his doctor's appointments and chemo therapy. My uncle's intensions were not to stay in this country when he came for my grandmother's funeral, but chose to stay when my uncle Silvestre became ill. Unfortunately he was not able to be at his brother's side for his last months of life or his funeral being that he was arrested, his brother passed away December 14, 2007. I know my uncle is very sorry for not being there for his brother and realizes that he has made so many mistakes in his life. Despite the mistakes my uncle has made, he is a good person, always caring and looking after his family, always willing to lend a helping hand. I know him living in Mexico is changing his whole life but I know he will be okay out there, it's just sad because "we" all his family is here. Judge I ask of you that you please take into consideration everything I have shared with you when sentencing my uncle, he has suffered a lot these months with everything that has happened and I ask that you please give him the shortest sentence possible. I thank you for you time and consideration to my letter.

Respectfully,

Martha Cruz-Martinez
2332 Cypress Street
Antioch, California 94509

February 12, 2008

To: Honorable D. Lowell Jensen
United States District Court
For the Northern District of California

Re: Secundino Martinez Sandoval

    I'm writing this letter for my uncle, Secundino Martinez Sandoval. We would like for his sentence to be reduced. He has been in the United States since the age of seventeen. He built his life here and has his family here. The reason he returned to the United States, after being deported, was because his mother, Magdalena Sandoval was ill and passed away. He didn't return to Mexico because around the same time his brother, Silvestre Martinez Sandoval was diagnosed with cancer. Since my uncle Silvestre never married, my uncle Secundino became his primary caregiver. He would take my uncle to his doctor's appointments and chemo therapy. I understand that my uncle Secundino has made some bad choices, however he deserves a second chance and would benefit from a reduced sentence. Thank you for your time in reading this letter.

Sincerely,

*Patricia Martinez Barbosa*

Patricia Martinez Barbosa

FEB 12, 2008

HONERABLE D. LOWELL JENSEN
UNITED STATES DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEAR JUDGE,

MY NAME IS CECILIA MARTINEZ, NIECE OF SECUNDIDO MARTINEZ. I AM WRITING IN REGARDS TO MY UNCLE'S SENTENCING. I ASK THAT YOU PLEASE TAKE INTO ACCOUNT THE REASONS FOR MY UNCLE BEING IN THE UNITED STATES AFTER HIS DEPORTATION, UPON MAKING YOUR DECISION.

MY UNCLE SECUNDIDO HAS LIVED IN THE USA SINCE THE AGE OF 17. HE HAS WORKED DOING CONSTRUCTION SINCE THEN. HE HAS SINCE MARRIED, HAD TWO DAUGHTERS AND DIVORCED. MY UNCLE NOR HIS EX-WIFE EVER THOUGHT THAT IT WAS NECESSARY TO APPLY FOR HIS CITIZENSHIP.

AFTER BEING DEPORTED TO MEXICO, MY UNCLE RETURNED TO THE USA IN DEC. 2005 DUE TO MY GRANDMOTHER, HIS MOTHER, BEING ILL. MY GRANDMOTHER PASSED AWAY IN NOV. 2005. MY UNCLE SECUNDIDO DECIDED TO STAY BECAUSE MY OTHER UNCLE, SYLVESTRE MARTINEZ, WAS DIAGNOSED WITH CANCER. BEING THAT MY UNCLE SYLVESTRE NEVER MARRIED, MY UNCLE SECUNDIDO TOOK UPON HIMSELF TO HELP HIS BROTHER SYLVESTRE WITH HIS CHEMO THERAPY AND DOCTER VISITS. MY UNCLE SYLVESTRE PASSED AWAY DEC. 2007, WHICH WAS DIFFICULT FOR MY UNCLE SECUNDIDO BECAUSE HE WASN'T ABLE TO ATTEND HIS FUNERAL NOR BE THERE FOR THE LAST DAY'S OF HIS BROTHER'S LIFE.

I HOPE THAT YOU PLEASE TAKE THIS INTO ACCOUNT UPON MAKING YOUR DECISION ON MY UNCLE'S SENTENCING. THANK YOU FOR TAKING THE TIME TO READ THIS LETTER.

IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE FEEL FREE TO CONTACT ME.

RESPECTFULLY
[signature]
CECILIA E. MARTINEZ
284 RIO VERDE PL. #2
MILPITAS, CA 95035

TO THE HONORABLE D. LOWELL JENSEN
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

    I AM WRITTING THIS LETTER IN REGARDS TO MY UNCLE SECUNDINO MARTINEZ.
I AM WRITING TO ASK THAT YOU TO PLEASE
LOWER HIS SENTENCE. HE MADE THE DECISION TO COME BACK INTO THE UNITED
STATES WHEN HIS MOTHER PASSED AWAY IN
NOVEMBER 2005. SHORTLY AFTER HIS BROTHER SILVESTRE MARTINEZ WAS
DIAGNOSED WITH TERMINAL CANCER. SECUNDINO STAYED
BY HIS SIDE AND CARED FOR HIM , TOOK HIM TO HIS APPOINTEMENTS AND
CHEMOTHEROPYS, THAT IS THE REASON WHY MY UNCLE
STAYED HERE INSTEAD OF RETURNING TO MEXICO. MY UNCLE HAS LIVED HERE SINCE
HE WAS 17 YEARS OF AGE, HIS WHOLE LIFE WAS
HERE. UNFORTUNATLY HE WAS NOT ABLR TO ATTEND HIS BROTHERS FUNERAL,
SILVESTRE MARTINEZ PASSED AWAY DECEMBER 14, 2007
I ASK THAT YOU PLEASE LOWER HIS SENTENCE AND NOT GIVE HIM MAXIMUM TIME, HE
HAS SUFFERED ALOT BY NOT BEING ABLE TO BE
THERE FOR HIS BROTHERS LAST MONTHS OF LIFE OR HIS FUNERAL.

    THANK YOU FOR YOUR TIME

*Maria del Carmen Salazar*

TO THE HONORABLE D. LOWELL JENSEN
2/12/2008
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

    I AM WRITTING THIS LETTER IN REGARDS TO MY UNCLE SECUNDINO MARTINEZ. I APOLOGIZE FOR TAKING YOUR VALUABLE TIME BUT, THIS IS A VERY IMPORTANT MATTER AND IS VERY MUCH OF MY CONCERN. MY UNCLE CAME TO THE UNITED STATES AT THE YOUNG AGE OF 17 YRS OF AGE HE HAS LIVED THE MAJORITY OF HIS YOUTH AND ALL OF HIS ADULT LIFE IN THE UNITED STATES. I WILL BE THE FIRST TO ADMIT THAT MY UNCLE HAS MADE HIS SHARE OF MISTAKES BUT, WHO IN THE WORKD HASN'T.
THOSE MISTAKES WERE PART OF HIS PAST AND UNFORTUNATLY HAVE FOLLOWED TRAVELLED WITH HIM TO HIS PRESENT AND EFFECTED HIS FUTURE. I BELIEVE MY UNCLE HAS SHOWN ALOT OF REGRET AND ROMORSE FOR HIS MISTAKES AND HAS DONE ALOT TO TRY TO CORRECT AND RECTIFY THEM.
AFTER BEING DEPORTED TO MEXICO HE WAS WORKING AS A HOMEBUILDER AND HANDYMAN. HE ESTABLISHED A PLACE TO LIVE AND A CARRER IN TIJUANA BAJA CALIFORNIA, MEXICO AND A STEADY CARRER. HE HAD NO INTENTION OF RETURNING TO THE UNITED STATES OF AMERICA BUT, UNFORTUNATLY HIS MOTHER PASSED AWAY AFTER BATTLELING A PULMONARY DISEASE. WHEN MY UNCLE FOUND OUT ABOUT THE DEATH OF MY GRANDMOTHER HE MADE THE DECISION TO RETURN TO THE UNITED STATES TO SAY HIS LAST GOODBYE TO HIS MOTHER. AS YOU COULD PROBABLY UNDERSTAND THE DESPERATION OF LOOSING A PARENT TOOK OVER. HIS INTENTIONS WAS TO RETURN TO MEXICO AFTER THE FUNERAL. SHORTLY AFTER THE FUNERAL HIS BROTHER SILVESTRE MARTINEZ WAS DIAGNOSED WITH

TERMINAL CANCER. MY UNCLE SECUNDINO WAS SERVING AS A COMPANION TO MY UNCLE AND GOING WITH HIM TO ALL HIS APPOINTMENTS AND CHEMOTHERAPY TREATMENTS. HE WAS TORN BETWEEN THIS SITUATION, HE REALLY WANTED TO SPEND HIS LAST DAY'S WITH MY UNCLE BECAUSE HE KNEW THERE WOULD NOT BE VERY MANY LEFT.
SURE ENOUGH THE CANCER TRAVELLED SOONER THAN EXPECTED AND MY UNCLE PASSED AWAY DECEMBER 14, 2007 AND MY UNCLE SECUNDINO WAS NOT ABLE TO ATTENT THE FUNERAL DUE TO HIS ENCARCERATION. I KNOW YOU PROBABLY READ LETTERS LIKE THIS ON A DAILY BASIS AND THAT IS WHY I GREATLY APPRECIATE YOU TAKING YOUR SO VALUABLE AND PRECIOUS TIME TO READ MY FAMILY'S AND MY LETTERS. I REALIZE THAT ALOT OF THEM ARE VERY REPETITIVE BUT, WE ALL HAVE GREAT LOVE FOR MY UNCLE AND WE ARE NOT ASKING YOU LET HIM GO WITH NO PUNISHMENT, I REALIZE WHAT HE DID WAS WRONG BUT, I WILL PLEASE ASK THAT YOU REDUCE HIS SENTENCE. HE CAN GO BACK TO MEXICO AND CREATE A LIFE FOR HIMSELF. WE WILL GREATLY MISS HIM AS WE HAVE ALWAYS BEEN A VERY CLOSE FAMILY AND WE ALL LOVE HIM VERY MUCH. ONCE AGAIN THANK YOU FOR YOUR TIME.

RESPECTFULLY,

*Maria Cruz*

MARIA E. CRUZ

Feb. 12, 2008

To The Honorable D. Lowell Jensen
United States District Court
For the Northern District of California.

Re: Secundino Martinez-Sandoval

I am writing you this letter to ask of you that you please lower my uncles sentence. My uncle came to California since he was 17 years old, he built his life here, he married, had 2 daughters but for some reason him and his now ex wife did not think it was necesary to become a citizen. My uncle was faced with having to make the decision to come back after being deported because his mother became very ill & then passed away November 2005. He made the decision to be present here in California for her funeral because this was also her residence for alot of years. After my grandma passed away my uncle Silvestre Martinez, Secundino's closest brother was diagnosed with ~~terml~~ terminal cancer. My uncle Secundino was the person who helped my uncle Silvestre and took him to his appointments and chemo therapies, as you can imagine it was

a devestation time for both and my uncle Secundino felt that he could not leave his brother and decided to stay. Unfortunately my uncle Secundino was not able to be present for his brothers last months of his life or his funeral. I ask you once more to please lower his sentencing as much possible and I thank you for your time.

x Leanor Padilla