# Exhibit 5

# CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV. 1/03)

| STATE FILE NUMBER | LOCAL REGISTRATION NUMBER |
|---|---|

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT --- FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| Magdalena | Melendrez | Sandoval |

| AKA. ALSO KNOWN AS --- Include full AKA (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs. | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6. SEX |
|---|---|---|---|---|---|
| | 07/22/1916 | 89 | | | F |

| 9. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| Mexico | None | ☐ YES ☒ NO ☐ UNK | Widowed | 11/13/2005 | 0910 |

| 13. EDUCATION -- Highest Level/Degree (see worksheet on back) | 14/15. WAS DECEDENT SPANISH/HISPANIC/LATINO? (If yes, see worksheet on back.) | 16. DECEDENT'S RACE --- Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| 0 | ☒ YES  Mexican  ☐ NO | White |

| 17. USUAL OCCUPATION --- Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| Homemaker | Domestic | 68 |

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number or location) |
|---|
| 42 Dolphine Drive |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| Pittsburg | Contra Costa | 94565 | 10 | Ca |

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state, ZIP) |
|---|---|
| Juanita CRuz - Daughter | 42 Dolphine Dr., Pittsburg, Ca 94565 |

**SPOUSE AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE --- FIRST | 29. MIDDLE | 30. LAST (Maiden Name) |
|---|---|---|
| – | – | – |

| 31. NAME OF FATHER --- FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| Pioquinto | – | Sandoval | Mexico |

| 35. NAME OF MOTHER --- FIRST | 36. MIDDLE | 37. LAST (Maiden) | 38. BIRTH STATE |
|---|---|---|---|
| Atanasia | – | Melendrez | Mexico |

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 11/18/2005 | Holy Cross Cemetery 2200 E. 18th St., Antioch, Ca 94509 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| Burial | ▶ Mark L Cappellini | 7555 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| Pittsburg Funeral Chapel, Inc. | FD 510 | ▶ | mtc  11/17/2005 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| Contra Costa Regional Medical Center | ☒ IP  ☐ ER/OP  ☐ DOA | ☐ Hospice  ☐ Nursing Home/LTC  ☐ Decedent's Home  ☐ Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106. CITY |
|---|---|---|
| Contra Costa | 2500 Alhambra Avenue | Martinez |

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events --- diseases, injuries, or complications --- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Time Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → | (A) Pleural Effusion | (AT) 2 months |
| Sequentially list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) Severe COPD | (BT) years |
| | (C) | (CT) |
| | (D) | (DT) |

| 108. DEATH REPORTED TO CORONER? | ☐ YES ☑ NO  REFERRAL NUMBER |
|---|---|
| 109. BIOPSY PERFORMED? | ☐ YES ☑ NO |
| 110. AUTOPSY PERFORMED? | ☐ YES ☑ NO |
| 111. USED IN DETERMINING CAUSE? | ☐ YES ☐ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| Diabetes mellitus. |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) | 113A. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| No | ☐ YES ☑ NO ☐ UNK |

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since (A) mm/dd/ccyy  10.25.05  /  Decedent Last Seen Alive (B) mm/dd/ccyy  11.13.05 | ▶ Roger Barrow MD | G33101 | 11.14.05 |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|
| Roger Barrow, MD, 2500 Alhambra Ave., Martinez, CA 94553 |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☐ Pending Investigation ☐ Could not be determined | ☐ YES ☐ NO ☐ UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
| |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and ZIP) |
|---|
| |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ | | |

**STATE REGISTRAR**

| A | B | C | D | E | FAX AUTH. # | CENSUS TRACT |
|---|---|---|---|---|---|---|
| | | | | | 0345 T.M. | |

Case 4:07-cr-00332-DLJ   Document 46-5   Filed 02/19/2008   Page 3 of 3

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of CONTRA COSTA
## MARTINEZ, CALIFORNIA

CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY/NO ERASURES, WHITEOUTS OR ALTERATIONS

3200707006407

| 1. NAME OF DECEDENT — FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| SILVESTRE | S. | MARTINEZ |

| AKA ALSO KNOWN AS — (FIRST, MIDDLE, LAST) | 4. DATE OF BIRTH | 5. AGE Yrs | IF UNDER ONE YEAR Months : Days | IF UNDER 24 HOURS Hours : Minutes | 6. SEX |
|---|---|---|---|---|---|
|  | 12/31/1944 | 62 |  |  | M |

| 8. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS | 7. DATE OF DEATH | 9. HOUR (24 Hours) |
|---|---|---|---|---|---|
| MX | 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 | YES [X] NO  UNK | NEVER MARRIED | 12/14/2007 | 1540 |

| 13. EDUCATION | 14. WAS DECEDENT HISPANIC/LATINO? | 16. DECEDENT'S RACE |
|---|---|---|
| 06 | [X] YES MEXICAN  NO | WHITE |

| 17. USUAL OCCUPATION | 18. KIND OF BUSINESS OR INDUSTRY | 19. YEARS IN OCCUPATION |
|---|---|---|
| LANDSCAPER | LANDSCAPING | 20 |

| 20. DECEDENT'S RESIDENCE (Street and number or location) |
|---|
| 42 DOLPHIN DRIVE |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| PITTSBURG | CONTRA COSTA | 94555 | 20 | CA |

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS |
|---|---|
| JUANITA CRUZ, SISTER | 42 DOLPHIN DRIVE, PITTSBURG, CA 94565 |

| 28. NAME OF SURVIVING SPOUSE — FIRST | 29. MIDDLE | 30. LAST (Maiden Name) |
|---|---|---|
|  |  |  |

| 31. NAME OF FATHER — FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| ESPIRIDION | - | MARTINEZ | MX |

| 35. NAME OF MOTHER — FIRST | 36. MIDDLE | 37. LAST (Maiden) | 38. BIRTH STATE |
|---|---|---|---|
| MAGDALENA | - | SANDOVAL | MX |

| 39. DISPOSITION DATE | 40. PLACE OF FINAL DISPOSITION HOLY CROSS CEMETERY |
|---|---|
| 12/19/2007 | 2200 E. 18TH STREET, ANTIOCH, CA 94509 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| BURIAL | ▶ MARK CAPPUCINI | EMB7555 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE |
|---|---|---|---|
| PITTSBURG FUNERAL CHAPEL | FD510 | ▶ WENDEL BRUNNER, MD | 12/19/2007 |

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| BRUNS HOUSE |  IP  ER/OP  DOA |  Hospice  Nursing Home  Decedent's Home [X] Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 106. CITY |
|---|---|---|
| CONTRA COSTA | 2849 MIRANDA AVE | ALAMO |

| 107. CAUSE OF DEATH |  | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (A) METASTATIC BLADDER CANCER | (AT) | 1 YR | [X] YES  NO  Coroner's Case Number 2007-2820 |
| (B) | (BT) |  | 109. BIOPSY PERFORMED? [X] YES  NO |
| (C) | (CT) |  | 110. AUTOPSY PERFORMED?  YES [X] NO |
| (D) | (DT) |  | 111. USED IN DETERMINING CAUSE?  YES  NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? | 113. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO |  YES  NO  UNK |

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ ANN MARIE WEXLER M.D. | 116. LICENSE NUMBER A96244 | 117. DATE 12/19/2007 |
|---|---|---|---|
| Decedent Attended Since | Decedent Last Seen Alive | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE ANN MARIE WEXLER M.D. | |
| (A) 12/21/2006 | (B) 10/30/2007 | 2500 ALHAMBRA AVE., MARTINEZ, CA 94553 | |

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. INJURED AT WORK? | 121. INJURY DATE | 122. HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH  Natural  Accident  Homicide  Suicide  Pending Investigation  Could not be determined |  YES  NO  UNK |  |  |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city, and ZIP) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 131. DATE | 132. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ |  |  |

| STATE REGISTRAR | A | B | C | D | E |  | FAX AUTH. # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | "012007000680993" |  |  |

\*000696033\*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS
COUNTY OF CONTRA COSTA

DATE ISSUED

DEC 21 2007

This is a true and exact reproduction of the document officially registered and placed on file
in the office of the CONTRA COSTA COUNTY DEPARTMENT OF HEALTH SERVICES.

CONTRA COSTA COUNTY HEALTH OFFICER

This copy not valid unless prepared on engraved border displaying seal and signature of Contra Costa County Health Officer.



