# Exhibit 6

| Siblings | Age | Place of residence |
|---|---|---|
| Jesus Martinez | 70 | Chula Vista, Ca |
| Norbeto Martinez | 66 | Martinez, Ca |
| Alejo Martinez | 68 | Fairbaugh, Ca |
| Silvestre Martinez | 64 | Pittsburg, Ca (deceased 12/07) |
| Virginia | 60 | Escuinapa, Sinaloa Mexico |
| Juanita Cruz | 57 | Pittsburg, Ca |

**Daughters**

| | | |
|---|---|---|
| Sondra Martinez | 25 | Martinez, Ca |
| Monique Martinez | 16 | Martinez, Ca |

**Nieces/Nephews**

| | | |
|---|---|---|
| Martha Cruz-Martinez | 40 | Antioch, Ca |
| Angelica Cruz-Duenas | 32 | Oakley, Ca |
| Maria Cruz | 27 | Pittsburg, Ca |
| Jose Cruz | 35 | Oakley, Ca |
| Gilbert Cruz | 37 | Puyallup, Wa |
| Patricia Barbosa | 32 | Brentwood, Ca |
| Norberto Martinez | 27 | Martinez, Ca |
| Cecilia Martinez | 28 | Milpitas, Ca |
| Marta Sandoval | 43 | Bay Point, Ca |
| Carmela Salazar | 40 | Concord, Ca |
| Leonor Padilla | 33 | Bay Point, Ca |
| Alejo jr. Martinez | 10 | Fairbaugh, Ca |
| Juanita A. Martinez | 8 | Fairbaugh, Ca |
| Samara Martinez | 28 | Pacheco, Ca |
| Jose Luis Martinez | 25 | Chula Vista, Ca |
| Jorge Martinez | 23 | Chula Vista, Ca |
| Viviano Martinez | 20 | Chula Vista, Ca |
| Espiridion Martinez | 34 | Chula Vista, Ca |
| Panfilo Martinez | 27 | Chula Vista, Ca |