10 AM
w/c
E-FILING CASE
10:00 AM - 10:30 AM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER



FILED
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 2/22/08

Case No: CR-07-00322-DLJ
Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO
Clerk: Frances Stone

Defendant(s): SECUNDINO MARTINEZ-SANDOVAL — Present? Y  In Custody? _
Defense Counsel: FELICIA GROSS / ISMAIL RAMSEY

US Attorney: DEBORAH DOUGLAS
Interpreter: NOT NEEDED
US Probation Officer: CHARLIE MABIE

Reason for Hearing: SENTENCING
Ruling: HELD

COUNT 1 — DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 51 MONTHS. [THE SENTENCE IN THIS CASE IS TO RUN CONSECUTIVE TO THE TERM OF SENTENCE IN CR-02-40227-SBA FOR UP TO 9 MONTHS - CONSECUTIVE; AFTER THAT THE TIME WILL RUN CONCURRENT]

Notes: DEF PLACED ON SUPERVISED RELEASE 3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY. DEF WAIVES RIGHT TO APPEAL.